UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
**PENSACOLA** DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

**MICHAEL JEROME LEE**,
Inmate # **866560**
(Enter full name of Plaintiff)

vs.

CASE NO: **3:16cv704-LC/CJK**
(To be assigned by Clerk)

**MS. DAISEY BIVINS  FOOD SERVICE DIRECTOR**
**DR. ALLEN HO  MEDICAL DOCTOR**
**ET. AL**

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

PROVIDED TO
CENTURY C.I. ON
DEC 2 2 2016
FOR MAILING

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: **MICHAEL JEROME LEE**
Inmate Number: **866560**
Prison or Jail: **CENTURY CORR. INST.**
Mailing address: **400 TEDDER ROAD**
**CENTURY, FL. 32535**

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: **DAISEY BIVINS**
Official position: **Food Svc. DIRECTOR**
Employed at: **CENTURY CORR. INST.**
Mailing address: **400 TEDDER ROAD**
**CENTURY FL, 32535**

(2) Defendant's name: **DR. ALLEN HO**
Official position: **MEDICAL DOCTOR**
Employed at: **CENTURY Corr. INST.**
Mailing address: **400 TEDDER ROAD**
**CENTURY FL, 32535**

(3) Defendant's name:
Official position:
Employed at:
Mailing address:

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

    A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(  )          No(✔)

        1. Parties to previous action:
           (a) Plaintiff(s): _____
           (b) Defendant(s): _____
        2. Name of judge: _____ Case #: _____
        3. County and judicial circuit: _____
        4. Approximate filing date: _____
        5. If not still pending, date of dismissal: _____
        6. Reason for dismissal: _____
        7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

    B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(  )          No(✔)

        1. Parties to previous action:
           a. Plaintiff(s): _____
           b. Defendant(s): _____
        2. District and judicial division: _____
        3. Name of judge: _____ Case #: _____
        4. Approximate filing date: _____
        5. If not still pending, date of dismissal: _____
        6. Reason for dismissal: _____

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)          No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): **MICHAEL JEROME LEE**
   b. Defendant(s): **CLIFTON WILSON**
2. District and judicial division: **3d CIRCUIT**
3. Name of judge: **LEANDRA JOHNSON**    Case #: **10 CF-1026**
4. Approximate filing date: **MAY of, 2014**
5. If not still pending, date of dismissal: **MAY 2014**
6. Reason for dismissal: **3.850 ALLEGED WAIVER of PROBATION**
7. Facts and claims of case: **INEFFECTIVE TRIAL COUNSEL, COERCED ME TO ACCEPT ILLEGAL EVIDENCE AGAINST ME.**

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )          No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: **DELIBERATE INDIFFERENCE, MEDICAL MALPRACTICE, VIOLATION 8TH AMENDMENT**

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

1) MS. BIVINS: DID KNOWINGLY AND INTELLIGENTLY DEPRIVE ME OF MY VEGAN DIET. SHE ALLEGED I HAD MISSED TO MANY VEGAN TRAYS AND THAT WAS HER REASON TO DENY ME THE VEGAN TRAY. SHE NEVER PROVIDED DC4-668 TO VARIFY MEALS THAT I ALLEGEDLY MISSED.

2) MS. BIVINS: KNOWINGLY, WITH DELIBERATE INDIFFERENCE RETALIATED AGAINST ME FOR USING THE GRIEVANCE PROCESS BY TAKING ME OFF THE VEGAN DIET FOR COMPLAINING ABOUT HER CONSTANTLY ALTERING MENU, AND USING INADEQUATE EXCUSES FOR NOT PROVIDING VEGAN MEALS ACCORDING TO MENU.

3) MS. BIVINS: KNEW THAT I COULD NOT EAT THE MEAT WITHOUT ME GETTING SICK, AND SHE STILL KEPT DENYING ME THE VEGAN MEALS, EVAN AFTER I HAD WARNED HER, THAT, THE MEAT WAS MAKING ME SICK. I WENT TO MEDICAL DEPT. AND HAD IT VARIFIED BY DR. POUPARINAS, THAT I DID HAVE A BACTERIAL INFECTION FROM THE FOOD, OR THE PREPARATION OF THE FOOD, BY FOOD HANDLERS. "ONE COOK HAD BACTERIAL INFECTION

4) MS. BIVINS: DID KNOWINGLY WITH DELIBERATE INDIFFERENCE DISREGARD APPROX. "7" APPROVED GRIEVANCES BY THE ASSISTANT WARDEN MR. HUTCHENS INSTRUCTING HER TO PUT ME BACK ON THE VEGAN DIET.

5) MS. BIVINS: UNDER THE COLOR OF LAW AS FOOD SERVICE —

5

DID DIRECTOR VIOLATE HER OFFICIAL DUTIES AS 'FIDUCIARY' HOLDING A POSITION OF TRUST, WHEN IT COMES TO MAKING SURE MEALS THAT ARE PREPARED; ARE NUTRITIONALLY ADEQUATE, AND SAFE TO CONSUME. HOWEVER, SHE FORCED ME BY COMPULSION TO EAT MEAT, THAT HURT ME.

6.) MS. BIVINS KNOWINGLY AND DELIBERATELY, CAUSED ME A LOT OF "EMOTIONAL DISTRESS" BY DEPRIVING ME OF MY VEGAN DIET TO FORCE ME TO EAT MEAT THAT HAD ME THROWING UP, DRY HEAVING AND HARMING MY "ESOPHAGUS" BECAUSE THE "ACID REFLUX" WAS CAUSING BURNING AND EROSION OF MY ESOPHAGUS LINING

7.) MS. BIVINS HAD DELIBERATE INDIFFERENCE TOWARDS MY HEALTH CARE ISSUES CONCERNING THE MEALS SHE FORCED ME TO CONSUME, THAT WERE DETRIMENTAL TO MY HEALTH, SAFETY AND WELFARE UNDER FLORIDAS DEPT. OF CORRECTIONS "CARE, CUSTODY AND CONTROL STANDARD.

8.) MS. BIVINS KNOWINGLY AND INTELLIGENTLY WITH MENTAL INTENT, OF A CULPABLE STATE OF MIND WITH DELIBERATE INDIFFERENCE TO THE HARM SHE METED OUT AS FOODSERVICE DIRECTOR; TO UNLAWFULLY USE HER POSITION TO CHASTISE ME FOR INFORMING WARDEN HUTCHINS ABOUT HER UNPROFFESSIONAL CONDUCT, BY ILLEGALLY REMOVING ME FROM VEGAN DIET. WHICH IS TO ME IS LACK OF EMPATHY BY STATE OFFICIAL COMPLAINT ABOUT MEDICAL

9.) DR. ALLEN HO: DID NOT ADEQUATELY ATTEND TO MY MEDICAL NEEDS, WHEN I COMPLAINED OF HAVING GASTROINTESTINAL PROBLEMS FROM THE MEAT SERVED IN FOODSERVICE, THAT CAUSED ACID REFLUX, CONSTIPATION, AND BACTERIAL INFECTION.

10.) DR. HO: STATED THAT "IT IS CORIZONS POLICY ONLY TO TREAT WHAT IS DETECTED", HOWEVER, DR. HO MISDIAGNOSIS OF "BACTERIAL INFECTION" CAUSED EMOTIONAL AND PSYCHOLOGICAL STRESS, AS WELL AS PHYSICAL PAIN AND SUFFERING TO MY...

6

## CONTINUATION OF CLAIMS AGAINST MEDICAL

...PERSON.

11.) DR. HO IN HIS OFFICIAL CAPACITY AND PERSONAL CAPACITY DID KNOWINGLY AND INTELLIGENTLY DENY ME MY RIGHTS AS A PATIENT TO HAVE CONSIDERATE AND RESPECTFUL CARE

12.) DR. HO DENIED ME UNDERSTANDABLE INFORMATION THAT DEALT WITH DIAGNOSIS, TREATMENT, AND PROGRESS OF PROGNOSIS CONCERNING MY MEDICAL CONDITION WHEN I DID COMPLAIN ABOUT ME BECOMING SICK FROM THE MEAT THAT WAS BEING SERVED IN THE FOOD SERVICE.

13.) DR. HO: KNOWINGLY WITH DELIBERATE INDIFFERENCE CAUSED ME EXTRA PAIN AND SUFFERING, BECAUSE HE DID NOT LISTEN TO ME AND INFORM CENTURY CORRECTIONAL INSTITUTION OFFICIALS; (i.e.) MS. DAISEY BIVINS "THE FOOD SERVICE DIRECTOR." AND THE WARDEN OF OPERATIONS MR. JOHNATHAN HUTCHENS WHO APPROVED SEVERAL GRIEVANCES INSTRUCTING MS. BIVINS PURSUANT TO CHAP 33-204.002 (6) TO PUT ME BACK ON THE VEGAN DIET.

14. DR. HO DID HAVE BLOOD WORK DONE SEVERAL TIMES; HOWEVER, DR. HO SAID TO ME HE DID NOT FIND ANY OBVIOUS PROBLEMS. THEN ABOUT THREE MONTHS LATER DURING AN INITIAL CONSULTATION WITH DR. POUPARINAS, AFTER I PUT IN A SICK-CALL ABOUT REFILLING ACID REFLUX AND IBRUPROPHEN DR. POUPARINAS NOTICED THAT I WAS CONSTANTLY BURPING DURING OUR CONVERSATION AND MY VOICE WAS HOARSE. DR. POUPARINAS DID DEDUCE I HAD POSSIBLE BACTERIAL INFECTION JUST FROM LISTENING TO ME CONTINUALLY BURPING WHILE WE SPOKE. HE GOT THE BLOOD WORK DONE AND CONFIRMED THAT I HAD A BACTERIAL INFECTION ALL THAT TIME. DR. HO HAD MISDIAGNOSED THE PROBLEM THEREFOR ENDANGERING MY HEALTH.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1. CRUEL AND UNUSUAL PUNISHMENT UNDER 8TH AMEND. 2. VIOLATION OF DUE PROCESS OF LAW. 3 VIOLATION OF EQUAL PROTECTION OF THE LAW. 4. VIOLATION of HEALTH CARE ACT

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

COMPENSATORY DAMAGES, AND PUNITIVE DAMAGES FROM Both PARTIES IN THEIR OFFICIAL AND PERSONAL CAPACITY. $75,000 AWARD FROM EACH DEFENDANT.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

12-22-2016
(Date)

*Michael J. Le*
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 22 day of December, 20 16.

*Michael J. Le*
(Signature of Plaintiff)

Revised 03/07

7

MICHAEL J. LEE #866560 ---- Low
**CENTURY CORRECTIONAL INSTITUTION**
**400 TEDDER ROAD**
**CENTURY, FL. 32535**

LEGAL MAIL

CLERK, U.S. DISTRICT COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

Hasler
12/23/2016
US POSTAGE $001.36⁰

ZIP 32535
011D11654694

