# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MICHAEL JEROME LEE,**

    **Plaintiff,**

**v.**                                                       **Case No. 3:16cv704-LC-CJK**

**DAISEY BIVINS, Food Service Director,** *et al.***,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 30, 2017 (doc. 6). Plaintiff has not been furnished a copy of the Report and Recommendation or afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), for the reasons set forth in the Report and Recommendation. Nevertheless, having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his mailing address.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of March, 2017.

                                 s/*L.A. Collier*
                                 **LACEY A. COLLIER**
                                 **SENIOR UNITED STATES DISTRICT JUDGE**